82,141-04

Jeremy Crespin
TDCJ No. 1807429
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX  76597

Mark Adams, Chief Deputy Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, TX  78711

Februrary 2, 2015

RE:  MISFILED DOCUMENTS

Dear Mr. Adams,

    Could you please help me correct a problem with some misfiled
documents.  I recently sent this Court a copy of a motion I filed
in the convicting court -- a motion to strike counsel's response
and for a live evidentary hearing.  I had specfically requested that
document to be filed in CCA Writ No. WR-82,141-04.  However, it
appears that it was only filed in CCA Writ No. WR-82,141-03 on
January 12, 2015.  Could you please cause this document to be correctly
FILED in CCA Writ No. WR-82,141-04.

    Also, could you please present that motion to the Court, as
if it was addressed to this Court of Criminal Appeals of Texas.
It appears the convicting court ignored that motion and never ruled
on it.  Thus, I am asking this Court to rule on that motion as
if it was addressed to this Court.  Further, please ask this Court
to apply the ruling on that motion to both cases(WR-82,141-03 and
WR-82,141-04).

    Thank YOU for your time, concern, and assistance in this matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

Respectfully,

x _Jeremy Crespin_
Jeremy Crespin
Applicant PRO SE

JC/ swd